**Petition for Writ of Mandamus Denied and Memorandum Opinion filed November 1, 2018.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-18-00936-CV

---

## IN RE CHRISTOPHER B. RAMEY, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Probate Court No. 2**
**Harris County, Texas**
**Trial Court Cause No. 465,267-401**

---

## MEMORANDUM OPINION

On October 26, 2018, relator Christopher B. Ramey filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West Supp. 2017); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Mike Wood, presiding judge of the Probate Court No. 2 of Harris County, to vacate the court's alleged denial of relator's request to continue his deposition.

With certain exceptions not applicable here, to obtain mandamus relief, a relator must show both that the trial court clearly abused its discretion and that the relator has no adequate remedy at law, such as an appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Relator has not shown that he is entitled to mandamus relief. We therefore deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Jamison, Wise, and Brown.

2